UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK ISKRA,<br><br>             Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>             Defendant. | Case No.  2:12-cv-02054-MMD-CWH<br><br>**ORDER** |

This matter was referred to the undersigned for consideration of Defendant's Motion to Dismiss (#7), filed January 28, 2013.   Plaintiff filed an amended complaint within 21 days after Defendant's motion (#7) was served.  Consequently, the motion is moot.  *See* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party to amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b)); *see also Dela Cruz v. HSBC Bank USA, N.A.*, 2013 WL 487008 (D. Nev.).  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (#7) is **denied as moot.**

DATED this 2nd day of April, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**